Filed 6/26/23  P. v. Ingram CA3

## NOT TO BE PUBLISHED

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Tehama)

----

| | |
|---|---|
| THE PEOPLE, | C097608 |
| Plaintiff and Respondent, | (Super. Ct. No. NCR68870) |
| v. | |
| JESSICA ASHLEY INGRAM, | |
| Defendant and Appellant. | |

Defendant Jessica Ashley Ingram appeals the trial court's denial of her petition for resentencing under Penal Code section 1172.6.[1]  Counsel filed a brief raising no arguable issues under *People v. Delgadillo* (2022) 14 Cal.5th 216 and requested we exercise our discretion to review the entire record for arguable issues on appeal.

---

[1] Defendant filed this petition under former Penal Code section 1170.95.  The Legislature amended Penal Code section 1170.95 effective January 1, 2022, under Senate Bill No. 775 (2021-2022 Reg. Sess.) (Stats. 2021, ch. 551).  Further, effective June 30, 2022, the Legislature renumbered Penal Code section 1170.95 to section 1172.6, without substantive change (Stats. 2022, ch. 58, § 10).

On April 4, 2023, we notified defendant:  (1) counsel had filed a brief indicating no arguable issues had been identified by counsel; (2) as a case arising from an order denying postconviction relief, defendant was not entitled to counsel or an independent review of the record; and (3) in accordance with the procedures set forth in *Delgadillo*, defendant had 30 days in which to file a supplemental brief or letter raising any argument she wanted this court to consider.  In addition, we notified defendant if we did not receive a letter or brief within that 30-day period, the court may dismiss the appeal as abandoned.  More than 30 days have elapsed, and we have received no communication from defendant.

We consider defendant's appeal abandoned and order the appeal dismissed. (*People v. Delgadillo, supra*, 14 Cal.5th at p. 232.)

## DISPOSITION

The appeal is dismissed.


                        /s/
                    BOULWARE EURIE, J.


We concur:


    /s/
KRAUSE, Acting P. J.


    /s/
MESIWALA, J.